AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DONALD COLE BURCHETT,

                Plaintiff,

            v.

R.N. RANDI,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-012-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is Dismissed without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. § 1914(a).

July 3, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson